| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| In Re:<br>Blue Pig Media, LLC | Case No.: 23-13648-CMG<br><br>Adv. No.: 24-01116-CMG |
| John Michael McDonnell Chapter 7 Trustee<br><br>Plaintiff(s)<br>v.<br>Fora Financial<br><br>Defendant(s) | Judge: Christine M. Gravelle |

Order Filed on October 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER TO FILE SETTLEMENT DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

     The Court having been advised that the above referenced adversary proceeding has been settled between the plaintiff(s) and  all defendant(s) _____

_____,

and for good cause shown, it is

     ORDERED, that if the Court does not receive the appropriate settlement document(s) within 30 days of the date of this order, the matter may be:

- ☑ dismissed in its entirety and the case may be closed without further order of the Court.

- ☐ dismissed as to the above named parties without further order of the Court.

*rev. 8/1/07*